UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-60491-SEITZ

LIONAL DALTON,

Plaintiff,

vs.

4100 FEDERAL HWY, LLC, and CIBO LAUDERDALE, LLC d/b/a CIBO WINE BAR,

Defendants.
_______________________________________/

## NOTICE OF SETTLEMENT

Plaintiff, LIONAL DALTON, by and through undersigned counsel, hereby notifies the Court that the parties are in the process of executing the Settlement Agreement and request twenty (20) days to draft, review, and finalize the settlement and file for dismissal of this matter. The Parties request that the Court stay all matters and pending deadlines in this Action and grant the Parties twenty (20) days to draft, review, and finalize their written settlement agreement and to submit the appropriate notices and/or motions to the Court regarding dismissal of the Action.

## CERTIFICATE OF SERVICE

I certify that April 22, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email and via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

**J & M ADVOCACY GROUP, LLC**
Counsel for Plaintiff

Presidential Circle
4000 Hollywood Blvd., Ste. 435 So.
Hollywood, Florida 33021
Telephone (954) 962-1166
Facsimile (954) 962-1779
Email: jessica@jmadvocacygroup.com

/s/ *Jessica L. Kerr*___
Jessica L. Kerr, Esq.
Florida Bar No.: 92810